**Opinion filed May 25, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-17-00083-CR

_____

## EX PARTE DECAMREN DESHON SIMS

**On Appeal from the 385th District Court**
**Midland County, Texas**
**Trial Court Cause No. CR48745**

### M E M O R A N D U M   O P I N I O N

Appellant, DeCamren Deshon Sims, has filed a motion to dismiss this appeal. In the motion, Appellant requests that we withdraw his notice of appeal and dismiss this appeal. The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

PER CURIAM

May 25, 2017

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.